IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LONNIE ALEXANDER STEWART | : | CIVIL ACTION |
| v. | : | |
| RAYMOND LAWLER, et al. | : | NO. 11-2268 |

## ORDER

AND NOW, this 19th day of October, 2011, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's petition for a writ of habeas corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
EDMUND V. LUDWIG,          J.